IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| GEORGE OLIVER HARRISON, JR., *Individually and as representative of the class,* )<br><br>Plaintiff, )<br><br>v. )<br><br>PARTNERSHIP SCREENING INTERNATIONAL, INC., )<br><br>Defendant. ) | Civil No. 3:19-cv-381-DJN |

## AGREED STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED between Plaintiff, George Oliver Harrison, Jr. ("Harrison"), by counsel, and Defendant, Partnership Screening International, Inc. ("Defendant") (collectively, the "Parties"), by counsel, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, that all matters in controversy between the Parties in this action have been resolved, and the Parties hereby request this Court to enter this Agreed Stipulation of Dismissal ("Stipulation") and request that Defendant be dismissed from this action with prejudice, with each Party to bear their own costs and attorneys' fees.

The Defendant agrees, for a period of two (2) years from the date of entry of this Stipulation, to do the following, which is agreed to for the benefit of Harrison as well as other consumers:

    a.    Partnership will only report traffic infractions for seven (7) years from date of disposition (e.g., non-criminal traffic infractions);

    b.    Traffic infractions not involving an actual arrest will not be coded as arrests;

    c.    Consumer reports provided by Partnership will be maintained for five (5) years on background checks;

    d.    For every consumer for which Partnership has prepared a background report, Partnership will add written instructions on Partnership's website explaining how to obtain a copy of their consumer report; and

    e.    Partnership will provide § 1681k notices as required by law.

Pursuant to *Kokkonen v. Guardian Life Insurance Co. of America*, 511 U.S. 375 (1994), this Court shall retain jurisdiction over this matter solely to enforce the terms of the Settlement Agreement and Release executed by the Parties.

Let the Clerk of the Court send copies of this Stipulation to all counsel of record.

Entered this 29 day of October, 2019.

It is so ORDERED. /s/

/s/ _____
The Honorable David J. Novak
United States District Judge